**Order entered April 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00223-CR

**NATHANIEL HOWARD THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81983-2012**

## ORDER

The above appeal was dismissed for want of jurisdiction. Accordingly, we **DENY** appellant's March 13, 2013 pro se motion to appoint counsel.

/s/      LANA MYERS
         JUSTICE